# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **KAREN CULLUM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO.  4:17-CV-858-KPJ** |
| **TAMNINE, LLC and AYMAN NASSER,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation of Dismissal (Dkt. 35). In the Stipulation of Dismissal, opt-in plaintiffs Sherri Cullum, Helena Mayhue, Melissa Robertson, and Tiffanie Barnhart agree to dismissal of this case with prejudice against all defendants, all costs to be borne by the party incurring same. *See* Dkt. 35. Additionally, opt-in plaintiffs Misty Parks and Abed Kahnfer agree to dismissal of this case without prejudice against all defendants, all costs to be borned by the party incurring same. *See id*.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the claims of plaintiffs Sherri Cullum, Helena Mayhue, Melissa Robertson, and Tiffanie Barnhart be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

Furthermore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the claims of plaintiffs Misty Parks and Abed Kahnfer be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of January, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE